DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LAVON ERIK CHAPMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1534

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Rachael E. Reese and Olivia M. Nathan of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.